1  THOMAS P. RILEY, SBN 194706                                              JS-6
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030

4  Tel:  626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   J & J Sports Productions, Inc.
7

8                           UNITED STATES DISTRICT COURT
                            CENTRAL DISTRICT OF CALIFORNIA
9

| J & J Sports Productions, Inc., | CASE NO. 2:12-cv-09613-WDK-PLA |
|---|---|
| Plaintiff, | ORDER GRANTING STIPULATED JUDGMENT |
| vs. | |
| Joshua Elliot, | |
| Defendant. | |

   **TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEY/S OF RECORD:**

   By and through their counsel, the Parties to the above-entitled action hereby stipulate and respectfully request that judgment in the amount of Twenty Thousand Dollars ($20,000.00) inclusive of attorneys' fees and costs be entered in favor of Plaintiff J & J Sports Productions, Inc. and against Joshua Elliot, individually and d/b/a Long Beach Clipper Parlor.

   ///
   ///
   ///
   ///
   ///

The Parties, and each of them, waive any and all rights to seek a stay of enforcement of said judgment and further request that this Honorable Court enter the requested and stipulated judgment only in the event of default of the Parties' settlement agreement and written notification of same to this Honorable Court by counsel of record.

**IT IS SO ORDERED**:

_____          Dated: August 08, 2014
Honorable William D. Keller
**United States District Court**
**Central District of California**
///

///